# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## FLORENCE DIVISION
## 4:11-cv-02327-RBH

| | |
|---|---|
| RBC BANK (USA), <br><br> Plaintiff, <br><br> vs. <br><br> PATRICK MCGOWAN; KIMBERLY BROWN; GARY B. BISH; BLUE SKY APPRAISALS, INC.; SARAH DEVERS; JAMES MILT DEVERS, IV; KARI JACKSON-CARAKER; MIKE COCKINOS APPRAISAL SERVICE, INC.; CHRISTOPHER G. ZYGO; REBECCA M. GRAY; GRAY COMPANY, INC.; MARK E. HENIFORD; TARA STRICKLAND; RONDE A. STRICKLAND; STRICKLAND APPRAISAL & REALTY, INC.; ANDY NEEVES; KARI COLLINS; ROSCOE E. HARLESS, JR.; PEE DEE CONSULTING, LLC, <br><br> Defendants. | **CONSENT ORDER DISMISSING RONDE A. STRICKLAND AND STRICKLAND APPRAISAL & REALTY, INC. WITH PREJUDICE** |

This matter comes before me upon the motion by Plaintiff RBC BANK (USA) n/k/a PNC Bank, N.A. to dismiss with prejudice the Plaintiff's claims against Defendants RONDE A. STRICKLAND and STRICKLAND APPRAISAL & REALTY, INC. Defendants RONDE A. STRICKLAND and STRICKLAND APPRAISAL & REALTY, INC. consent to this motion.

It having been made to appear to the court that RBC BANK (USA) and Defendants RONDE A. STRICKLAND and STRICKLAND APPRAISAL & REALTY, INC. agree and consent to the dismissal of the claims with prejudice against Defendants RONDE A. STRICKLAND and STRICKLAND APPRAISAL & REALTY, INC.

IT IS HEREBY ORDERED that the claims of RBC BANK (USA) against Defendants RONDE A. STRICKLAND and STRICKLAND APPRAISAL & REALTY, INC. are hereby dismissed with prejudice.

IT IS SO ORDERED.

Florence, SC                                             s/R. Bryan Harwell
March 11, 2013                                        R. Bryan Harwell
                                                                United States District Judge


I SO MOVE:

   POYNER SPRUILL LLP


By:   s/ Thomas L. Ogburn III
        Thomas L. Ogburn III
        District Court ID No. 6743
        301 South College Street, Suite 2300
        Charlotte, NC  28202
        Telephone: 704.342.5250
        Facsimile:  704.342.5264
        Email: togburn@poyners.com
        ATTORNEYS FOR PLAINTIFF

I SO CONSENT:

   YOUNG CLEMENT RIVERS, LLP


By:   s/ Edward D. Buckley, Jr.
        Edward D. Buckley, Jr.
        District Court ID No. 1559
        P.O. Box 993
        Charleston, SC  29402
        Telephone:  843.720.5413
        Facsimile:  843.579.1300
        Email:  ebuckley@ycrlaw.com
        COUNSEL FOR DEFENDANTS RONDE
        A. STRICKLAND, AND STRICKLAND
        APPRAISAL & REALTY, INC.